IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAYVON GRANT, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-CV-396 (MTT) (AGH) |
| | * |
| TIMOTHY WARD, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 27, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 28th day of August, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk