FILED SEP 2'25 PM 1:23 MDGA-MAC

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT Of Georgia

Case No.: [to be assigned by the Eleventh Circuit]

Plaintiff-Appellant: Dayvon Grant, pro se

V.

Defendants-Appellees: Warden Annettia Toby, Derek Hill, George Ivey, Calpurina Washington, Redd,

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL
(Pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915)

Plaintiff-Appellant, Dayvon Grant, pro se and currently incarcerated at Macon State Prison, respectfully moves this Court for leave to proceed in forma pauperis on appeal.

1. Background
Plaintiff was granted leave to proceed in forma pauperis in the District Court for the Middle District of Georgia on April 10, 2023 (Docket 7). At the time, the Court found that Plaintiff is unable to pay the filing fees associated with this action and allowed him to proceed without prepayment.

2. Indigency
Plaintiff is currently incarcerated at Macon State Prison and has no

means to pay the filing fees associated with this appeal. Plaintiff's financial situation has not changed since his IFP status was granted in the District Court.

3. Legal Basis
Pursuant to Fed. R. App. P. 24(a)(3), a party who was permitted to proceed in forma pauperis in the District Court may move to continue to proceed in forma pauperis on appeal. Although the PLRA imposes certain conditions for prisoners, Plaintiff requests that the Court extend his previously granted IFP status to this appeal.

4. Substantial Questions
The appeal involves substantial constitutional and procedural questions, including alleged PLRA violations, spoliation of evidence, and denial of access to discovery. The issues raised in this appeal are not frivolous and warrant consideration by the Eleventh Circuit.

WHEREFORE, Plaintiff respectfully requests that this Court:

    1.    Grant leave to proceed in forma pauperis for the duration of this appeal;

    2.    Extend Plaintiff's previously granted IFP status from the District Court to this appeal; and

    3.    Allow Plaintiff to file the Notice of Appeal and all associated appellate filings without prepayment of fees.

Respectfully submitted this 2 day of Sept, 2025.


s Dayvon Grant

Dayvon Grant
GDC #1001153774
MACON STATE PRISON

PO BOX 426
OGLETHORPE, GA 31068